UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| KELLY ANN ALLEN,<br><br>        Plaintiff,<br>   v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>        Defendant. | ) ED CV 13-01366-(SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS HEREBY ADJUDGED that the above captioned matter is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: April 1, 2014

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE