1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                  UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  KELLY ANN ALLEN,                    )    No.  EDCV 13 - 1366 SH
11                                      )
12       Plaintiff,                     )    ORDER AWARDING EAJA FEES
                                        )
13       v.                             )
14                                      )
    CAROLYN W. COLVIN                   )
15  Acting Commissioner Of Social Security, )
16                                      )
17       Defendant.                     )

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20  THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the
21  stipulation.
22
23  DATE:  April 08, 2014  _____
24
25                  HON. STEPHEN J. HILLMAN
                    UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-